IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,              )
                                       )
                   Plaintiff           )
                                       )
         v.                            )        Civil No.  05-1182-MLB
                                       )
CHERYL A. EDDY; FRANK EDDY;            )
STORM EDDY,                            )
                                       )
                   Defendants          )

## ORDER EXTINGUISHING REDEMPTION PERIOD

NOW on this 13th day of February, 2006, comes on for hearing the Motion of the United States of America to Extinguish the Redemption Period of defendants Cheryl A. Eddy, Frank Eddy and Storm Eddy.  The United States of America appears through its attorney, Laurie K. Kahrs, Assistant United States Attorney.  There are no other appearances.

WHEREUPON, the Court having reviewed the file and the evidence submitted by the United States of America, and after hearing statements of counsel, finds as follows:

1.  The defendants Cheryl A. Eddy, Frank Eddy and Storm Eddy  were advised of this hearing by regular mail sent January 3, 2005.   The Court finds that the defendants have received more than 21 days notice of this hearing, but have failed to appear.

2.  The subject real property has been abandoned and that, pursuant to K.S.A. 60-2414(a), as amended by the 1992 Kansas Legislature effective July 1, 1992, the redemption period of the owners Cheryl A. Eddy, Frank Eddy and Storm Eddy should be and hereby is extinguished.

IT IS SO ORDERED this 14th day of February at Wichita, Kansas.


s/Monti Belot
Monti L. Belot
U.S. DISTRICT JUDGE


APPROVED BY:

ERIC F. MELGREN
United States Attorney



**s/Laurie K. Kahrs**
LAURIE K. KAHRS, KS S. Ct. No. 17249
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, KS 67202
(316) 269-6481
(316) 269-6484 (FAX)
Laurie.Kahrs@usdoj.gov

2